**Jonathan CAMPBELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72072.**

Missouri Court of Appeals,
Western District.

Nov. 2, 2010.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Jonathan Campbell appeals the judgment of the trial court that denied his motion for post-conviction relief.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.